```
 1  PATRICK L. FORTE, #80050
    LAW OFFICES OF PATRICK L. FORTE
 2  1624 Franklin Street, #911
    Oakland, CA 94612
 3  Telephone: (510) 465-3328
    Facsimile: (510) 763-8354
 4

 5  Attorneys for Debtors

 6

 7

 8                  UNITED STATES BANKRUPTCY COURT

 9                  NORTHERN DISTRICT OF CALIFORNIA

10  In re:                              Case No. 17-42440 RLE

11  RICK DERON JOHNSON and              Chapter 13
    FRANCESCA MARIE TOBIN-JOHNSON,
12                                      MOTION TO VALUE PERSONAL
                                        PROPERTY UNDER § 506 & FRBP
13                                      3012; NOTICE OF OPPORTUNITY
                                        FOR HEARING; DECLARATION IN
14              Debtors.                SUPPORT; AND CERTIFICATE OF
    _____/     SERVICE
15
```

16     **PLEASE TAKE NOTICE** that Debtors request the court value the
17 collateral described below, which secures the claim of the Creditor
18 BMW Financial Services NA, LLC. Debtors also request that the amount
19 of the Creditor's secured claim not exceed the value of the
20 collateral, less the claims of creditors holding senior liens or
21 security interests. This determination shall supersede any greater
22 claim demanded in a proof of claim. Any objections to the Creditor's
23 claim are reserved.
24     **NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by
25 B.L.R. 9014-1 that any objection to the requested relief, or a request
26 for hearing on the matter must be filed and served on the requesting

Page 1 of 4

Case: 17-42440   Doc# 17   Filed: 10/30/17   Entered: 10/30/17 11:41:56   Page 1 of 4

party within twenty-one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

**MOTION**

Debtors hereby move to value the 2013 Mini Cooper S at $12,400.00, limit Creditor's secured claim to $12,400.00, and that any amount in excess be treated as a general unsecured claim, pursuant to 11 U.S.C. §§ 506 and 1322 (b)(2), FRBP 3012 and 9014, and B.L.R. 9014-1, which determination shall become part of Debtors' confirmed Chapter 13 Plan.

Dated: October 27, 2017      /s/      Patrick L. Forte
                             PATRICK L. FORTE
                             Attorney for Debtors

**DECLARATION**

I declare under the penalty of perjury that the information listed below is true and correct:

1. I am the Debtor in the above-captioned case.

2. At the time I filed my Chapter 13 case, I was the owner of the 2013 Mini Cooper S (the "collateral").

3. I am informed and believe that on the date I filed my case, the collateral was worth $12,400.00.

4. BMW Financial Services NA, LLC holds a claim of approximately $12,400.00, secured by the collateral.

Dated: October 30, 2017                    /s/ Rick Deron Johnson
                                           RICK DERON JOHNSON

**CERTIFICATE OF SERVICE**

I am not less than 18 years of age and not a party to the within case. My business address is: 1624 Franklin Street, #911, Oakland, CA 94612.

I served this MOTION TO VALUE COLLATERAL; NOTICE OF OPPORTUNITY FOR HEARING; DECLARATION IN SUPPORT by first-class United States Mail, postage pre-paid, at Oakland, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document I declare, under penalty of perjury, that the foregoing is true and correct.

Attn: Officer
BMW Bank of North America
PO Box 165028
Irving, TX 75016

Attn: Rejoy Nalkara
BMW Bank of North America
C/o Ascension Capital Group
PO Box 201347
Arlington, TX 76006
/
/
/
/

```
Attn: Officer
BMW Financial Services NA, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

Attn: Officer
BMW Financial Services NA, LLC
C/o CT Corporation System
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

Attn: Officer
BMW Bank of North America
2735 East Parleys Way, Suite 301
Salt Lake City, UT 84109

Attn: Officer
BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Attn: Sejal Parmar
Attn: BMW Bank of North America Department
Ascension Capital Group
Account: XXXXX1925
P.O. Box 165028
Irving, TX 75016
```

Dated: October 30, 2017                    /s/   Joe P. Segura
                                                  JOE P. SEGURA