BRET D. ALLEN
CALIFORNIA STATE BAR #300192
LAW OFFICE OF BRET D. ALLEN
1105 E. MAIN STREET STE 205
ALLEN, TX 75002
TELEPHONE: (214) 347-9006
FACSIMILE: (214) 347-9006
BRET@BRETALLEN.COM

ATTORNEY FOR CREDITOR
BMW Bank of North America

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In Re:<br><br>Rick Deron Johnson and Francesca Marie Tobin-Johnson<br>　　　　　　　　　　　　Debtor(s).<br>─────────────────────────／ | Case No. 17-42440<br><br>(Chapter 13 Proceeding)<br><br>CONSENT ON MOTION TO VALUE COLLATERAL<br><br>Judge: Judge Roger L. Efremsky<br>Ctrm: 201 |

COMES NOW, BMW Bank of North America ("Creditor"), to file Consent on Motion to Value Collateral (Doc. 17) ("Plan") filed by Rick Deron Johnson and Francesca Marie Tobin-Johnson (hereafter referred to as "Debtors") and states the following:

**BACKGROUND**

1. This United States Bankruptcy Court for the NORTHERN DISTRICT OF CALIFORNIA has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §1325. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A), (L), and (O).

2. On September 27, 2017, Debtors filed a voluntary bankruptcy petition under Chapter 13 of Title 11 of the United States Code.

3. Creditor holds a security interest in the vehicle identified as a 2013 MINI Cooper Wagon 2D S I4 Turbo, VIN # WMWSV3C59DT397261 (the "Collateral").

4. The Collateral was acquired by Debtors for personal use.

5. Debtor filed a Motion to Value Personal Property (Doc. 17) asserting that the Collateral, and Creditor's secured claim, should be valued at $12,400.00 and that any amount in excess be treated as a general unsecured claim.

6. Creditor has no opposition to the value suggested by Debtor.

Dated: __11/9/2017_____     LAW OFFICE OF BRET D. ALLEN

*/s/ Bret D. Allen*

ATTORNEY FOR BMW BANK OF NORTH AMERICA

| | |
|---|---|
| 1 | BRET D. ALLEN |
| | CALIFORNIA STATE BAR #300192 |
| 2 | 1105 E. MAIN STREET STE 205 |
| | ALLEN, TX 75002 |
| 3 | TELEPHONE: (214) 347-9006 |
| 4 | FACSIMILE: (214) 347-9006 |
| | BRET@BRETALLEN.COM |
| 5 | |
| 6 | ATTORNEY FOR MOVANT |
| | BMW BANK OF NORTH AMERICA |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| In Re: | Case No. 17-42440 |
| | (Chapter 13 Proceeding) |
| RICK DERON JOHNSON AND | |
| FRANCESCA MARIE TOBIN-JOHNSON | R.S. No. BDA-1 |
| | CERTIFICATE OF SERVICE |
| Debtors. | |
| _____/ | Judge: Judge Roger L. Efremsky |
| | Ctrm: 201 |

I, the undersigned, certify:

I am a citizen of the United States and a resident of Collin County, Texas. I am now, and at all times herein mentioned was, over the age of eighteen years and not a party to the above-captioned matter. My business address is 1105 E. Main Street Ste 205, Allen, TX 75002.

On November 9, 2017 I served the following documents:

1. **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
2. **CERTIFICATE OF SERVICE**

On the following persons by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail, addressed as follows:

On the following persons by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail, addressed as follows:

| **DEBTORS** | **TRUSTEE** |
|---|---|
| Rick Deron Johnson | Martha G. Bronitsky |
| 3107 Sunflower Drive | P.O. Box 5004 |
| Antioch, CA 94531 | Hayward, CA 94540 |
| By First Class Mail | 13trustee@oak13.com |
| | By First Class Mail and Electronically |
| Francesca Marie Tobin-Johnson | **OFFICE OF U.S. TRUSTEE** |
| 3107 Sunflower Drive | U.S. Trustee |
| Antioch, CA 94531 | Office of the United States Trustee |
| By First Class Mail | Phillip J. Burton Federal Building |
| | 450 Golden Gate Ave. 5th Fl., #05-0153 |
| **COUNSEL FOR DEBTOR** | San Francisco, CA 94102 |
| Patrick L. Forte | USTPRegion17.OA.ECF@usdoj.gov |
| LAW OFFICES OF PATRICK L. FORTE | By First Class Mail and Electronically |
| 1624 Franklin St. #911 | |
| Oakland, CA 94612 | |
| pat@patforte.com | |
| By First Class Mail | |

I declare under penalty of perjury that the foregoing is true and correct and that this Proof Of Service By Mail was executed on November 9, 2017 at Irving, Texas.

/s/ Bret D. Allen
_____
Bret D. Allen